Original

MC-275

Name: Kevin D Lewis JR

Address: PO Box 4490 /B5-246

Lancaster, California

93539

CDC or ID Number: G-016405

**FILED**
JUN 29 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States Court

Superior Court of California
(Court)

Kevin D Lewis JR
Petitioner
vs.
A. Soto (warden)
Respondent

PETITION FOR WRIT OF HABEAS CORPUS

No. 2:15CV1372 DAD HC
*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the superior court, you only need to file the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal and you are an attorney, file the original and 4 copies of the petition and, if separately bound, 1 set of any supporting documents (unless the court orders otherwise by local rule or in a specific case). If you are filing this petition in the Court of Appeal and you are *not* represented by an attorney, file the original and one set of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and 10 copies of the petition and, if separately bound, an original and 2 copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court (as amended effective January 1, 2007). Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2010]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

Table of Contents                                                    Pages

Writ of Habeas Corpus
Habeas attached - Summary of Facts
Habeas attached - Arguments
Habeas attached - Legal Authority

Motion to subpoena witnesses
Motion for evidentiary request
Motion to except Human Rights Violations
Motion for legal head & factual basis
Motion to stipulate Magistrates fabrication of records
Motion to stipulate DA presented false evidence
Motion to exclude a witness Stephanie Coleman
Motion to release

Exhibits R, R-1, R-2, R-3
Exhibits T, T-1
Exhibit 6
Exhibit X
Exhibit A
Exhibit F
Exhibit L
Exhibit 9
Exhibit M

**This petition concerns:**

- [x] A conviction
- [ ] Parole
- [ ] A sentence
- [ ] Credits
- [ ] Jail or prison conditions
- [ ] Prison discipline
- [ ] Other (specify): _____

1. Your name: Kevin Douglas Lewis JR
2. Where are you incarcerated? Lancaster State Prison
3. Why are you in custody? [x] Criminal conviction  [ ] Civil commitment

   *Answer items a through i to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

      Kidnapping, robbery, rape in concert (2 counts), oral copulation in concert

   b. Penal or other code sections: PC 209(b)(1), 211, 264(a)(b), 264.1

   c. Name and location of sentencing or committing court: Superior Court of California, Sacramento

   d. Case number: 05F06143

   e. Date convicted or committed: November 20, 2007

   f. Date sentenced: February 1, 2008

   g. Length of sentence: 72 yrs - Life (47 yrs determinate 25-Life)

   h. When do you expect to be released? 2088

   i. Were you represented by counsel in the trial court? [x] Yes  [ ] No  *If yes, state the attorney's name and address:*

      Michael Nelson (assistant public defender)

4. What was the LAST plea you entered? *(Check one):*

   [x] Not guilty  [ ] Guilty  [ ] Nolo contendere  [ ] Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   [x] Jury  [ ] Judge without a jury  [ ] Submitted on transcript  [ ] Awaiting trial

MC-275

## 6. GROUNDS FOR RELIEF

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "The trial court imposed an illegal enhancement." *(If you have additional grounds for relief, use a separate page for each ground. State ground 2 on page 4. For additional grounds, make copies of page 4 and number the additional grounds in order.)*

Confrontational Clause violation / VI Amendment Federal court now rules the error occurred when this court previously said it had not. (See Attached)

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts on which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel, you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is, *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

Petitioner previously brought these issues before the Superior Court. With prejudice the errors were denied. The Federal court has now ruled the errors have occurred. This court can now determine that the jury relied on DNA evidence presented through the error that was inaccurate and should not have been presented in the first place. (SEE Attached)

b. Supporting cases, rules, or other authority (optional):
*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

See Attached

7. **Ground 2 or Ground** _____ *(if applicable):*

DNA evidence that was inaccurate when given to the jury and DNA evidence that was relied upon by the jury but presented to them through a constitutional violation. (See Attached)

a. Supporting facts:

(See Attached)

b. Supporting cases, rules, or other authority:

(See Attached)

Summary of Facts.

The Superior Court obviously had an opportunity to analyze these constitutional violations and grant the petitioners writ of habeaus corpus but failed to do so.

The Federal District court has now ruled that the errors occurred but failed to analyze the effect the constitutional violation had on the jury's verdict making the conviction illegal and unconstitutional.

Because this court (Superior) failed to recognize the error occurring it could not apply the proper analysis.

The Federal District court used evidence obtained from the self admitted constitutional violation in an attempt to rule the error harmless.

In an attempt to cover up the conviction being illegal, the Federal Magistrate Kendall J. Newman has committed perjury and falsified witness testimony concerning the criminal policy to destroy impeachment evidence in this case. The Federal court has also ruled that DNA evidence presented to the jury through

I

1. The constitutional error was "NOT"
2. accurate at the time of trial. The court
3. failed to address that the DNA would
4. not have been given to the jury for them
5. to heavily rely upon if the constitutional
6. violation would not have occurred.

II

Argument "A"

~ Confrontation Clause Violation ~
[ Leslie Schmidt ]

The Federal District Court for the Eastern District of California, when addressing this issue has ruled that witness Leslie Schmidt's testimony violated the Crawford rule at Crawford, 541 U.S. at 52, violating the petitioners Constitutional VI Amendment right to confront adverse witnesses see (Exhibit X p.18-19 / p.19:20-26)

The jury relied on the false evidence, specifically the false DNA evidence collected by Nurse Tilden, who died before trial, to illegally convict petitioner. If not for this Constitutional violation the jury would not have relied on the DNA evidence that the Federal District Court is ruleing "Inaccurate" at the time it was presented to the jury. See (Exhibit X p.33,34) Further more all DNA samples collected by Nurse Tilden would not have been given to the jury if the trial judge would not have violated the petitioners VI

1.

1  amendment right to confront. The jury relied
2  on all DNA evidence submitted to them
3  through the constitutional violation and found
4  the petitioner guilty.
5      The Sacramento County District
6  Attorney Office committed an illegal
7  and criminal act against the petitioner
8  by creating a policy to destroy the
9  alleged victims impeachment statements.
10 The District Attorney office ordered
11 Nurse Tilden to perform this crime
12 against the petitioner. Violating his due
13 process right. (See exhibit A)
14     These acts were allowed to occur
15 because of the unreasonable delays in
16 the speedy trial violation. See (exhibit 9)
17 The minute order show petitioner had
18 9 or more delays and "No" court has yet
19 to produce the missing court transcripts for
20 4-7-06 and 4-24-06 proving the delay was
21 unreasonable and petitioner was prejudiced by
22 the illegal and criminal order to destroy the
23 impeachment evidence of the prosecutions
24 main witness.
25     Petitioner was found not guilty of all
26 gang charges but the jury was convinced
27 to believe the petitioner was a "Clean gangster"
28 by evidence illegally obtained and presented

2.

1  to them through gang expert Tony Turnbull.
2  See (Exhibit M)
3  Witness Stephanie Coleman committed
4  perjury at trial and prelim. See (Motion to
5  Stipulate prosecutor Knowingly Presented False
6  evidence and Motion to Exclude all evidence
7  obtained from Coleman)
8  Detective Sophia McBeth-Childs
9  commits an illegal crime against petitioner
10 by intimidating witness Stephanie Coleman
11 when she noticed Coleman had been to
12 visit Petitioner and then told Coleman "to be
13 careful because petitioner may have someone
14 looking for her". See (Exhibit L) The Detectives
15 claim was false and made up.
16 Detective Sophia McBeth-Childs also
17 committed a crime when she brought the
18 alleged victim's children Christmas presents
19 in exchange for her testimony. (See Exhibit F)
20 In a blatant attempt to cover up this
21 conviction being illegal Magistrate Kendal J
22 Newman committed perjury on the record
23 by changing the subject of Leslie Schmidts
24 testimony. See (exhibit X pages 14:1-7 / p.17:6-9)
25 The Federal District court also rules
26 that the prosecutor at the time of trial
27 committed misconduct when he argued the
28 reasonable doubt jury instruction wrong. See

3.

(exhibit X p.28:3-4) states "At the outset, the undersigned finds the argument by the prosecutor was improper."

The jury relied on evidence obtained through the violation (Confrontational Clause). By the Federal court's admission that the DNA evidence obtained through the constitutional violation was "Not entirely accurate", this shows the jury was presented false evidence to rely upon in finding petitioner guilty. The jury also used other DNA evidence collected by Tilden but admitted through the constitutional violation to find the petitioner guilty. There was no foundation to present all DNA collected by Tilden due to the Federal District courts ruling that petitioner had a right to confront Tilden.

The court should take notice that the Federal District court recognizes the evidence against petitioner was only strong and NOT overwhelming.

Relief Sought in the forms of:
1) Acquittal of all charges/immediate release
2) Any relief the petitioner does not mention but is warranted due to the illegal conviction and constitutional violations

4.

Legal Authority

Existing law authorizes every person unlawfully imprisoned or restrained of his or her liberty, under any pretense, to prosecute a writ of habeas corpus for specified reasons, including when "false evidence" that is substantially material or probative on the issue of guilt or punishment was introduced against the person at any hearing or trial relating to his incarceration.

Section 1473 of the Penal Code states: 1473(b) "A writ of habeas corpus may be prosecuted for, but not limited to, the following:" 1473(b)(1)- "False evidence that is substantially material or probative on the issue of guilt or punishment was introduced against a person at a hearing or trial relating to his incarceration." 1473(e)(1)- "False evidence shall include opinions of experts that have either been repudiated by the expert who originally provided the opinion at a hearing or trial or that have been undermined by later scientific research or technological advances."

A


California
LEGISLATIVE INFORMATION

**SB-1058 Writ of habeas corpus.** (2013-2014)

Senate Bill No. 1058

CHAPTER 623

An act to amend Section 1473 of the Penal Code, relating to criminal procedure.

[ Approved by Governor September 26, 2014. Filed with Secretary of State September 26, 2014. ]

LEGISLATIVE COUNSEL'S DIGEST

SB 1058, Leno. Writ of habeas corpus.

Existing law authorizes every person unlawfully imprisoned or restrained of his or her liberty, under any pretense, to prosecute a writ of habeas corpus for specified reasons, including when false evidence that is substantially material or probative on the issue of guilt or punishment was introduced against the person at any hearing or trial relating to his or her incarceration.

This bill would provide, for purposes of a writ of habeas corpus, that false evidence includes opinions of experts that have either been repudiated by the expert who originally provided the opinion at a hearing or trial or that have been undermined by later scientific research or technological advances. The bill would state that its provisions do not create additional liabilities, beyond those already recognized, for an expert who repudiates his or her original opinion or whose opinion has been undermined by later scientific research or technological advancements.

Vote: majority   Appropriation: no   Fiscal Committee: no   Local Program: no

THE PEOPLE OF THE STATE OF CALIFORNIA DO ENACT AS FOLLOWS:

**SECTION 1.** Section 1473 of the Penal Code is amended to read:

**1473.** (a) Every person unlawfully imprisoned or restrained of his or her liberty, under any pretense, may prosecute a writ of habeas corpus to inquire into the cause of his or her imprisonment or restraint.

(b) A writ of habeas corpus may be prosecuted for, but not limited to, the following reasons:

(1) False evidence that is substantially material or probative on the issue of guilt or punishment was introduced against a person at a hearing or trial relating to his or her incarceration.

(2) False physical evidence, believed by a person to be factual, probative, or material on the issue of guilt, which was known by the person at the time of entering a plea of guilty, which was a material factor directly related to the plea of guilty by the person.

(c) Any allegation that the prosecution knew or should have known of the false nature of the evidence referred to in subdivision (b) is immaterial to the prosecution of a writ of habeas corpus brought pursuant to subdivision (b).

(d) This section shall not be construed as limiting the grounds for which a writ of habeas corpus may be prosecuted or as precluding the use of any other remedies.

A1

(e) (1) For purposes of this section, "false evidence" shall include opinions of experts that have either been repudiated by the expert who originally provided the opinion at a hearing or trial or that have been undermined by later scientific research or technological advances.

(2) This section does not create additional liabilities, beyond those already recognized, for an expert who repudiates his or her original opinion provided at a hearing or trial or whose opinion has been undermined by later scientific research or technological advancements.

A2

MC–275

8. Did you appeal from the conviction, sentence, or commitment? ☒ Yes ☐ No   If yes, give the following information:
   a. Name of court ("Court of Appeal" or "Appellate Division of Superior Court"): Court of Appeal Third Appellate District
   b. Result: Affirmed   c. Date of decision: Jan. 8, 2010
   d. Case number or citation of opinion, if known: C058084
   e. Issues raised: (1) No issues not raised herein
      (2) ∅
      (3) 
   f. Were you represented by counsel on appeal? ☒ Yes ☐ No   If yes, state the attorney's name and address, if known: Laura P. Gordon

9. Did you seek review in the California Supreme Court? ☒ Yes ☐ No   If yes, give the following information:
   a. Result: Denied   b. Date of decision: May 10, 2010
   c. Case number or citation of opinion, if known: S180371
   d. Issues raised: (1) Same as above
      (2) 
      (3) 

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:
    was made on appeal cases: S197659 / C074507 this court denied. Federal court rules against this courts decision

11. Administrative review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See In re Muszalski (1975) 52 Cal.App.3d 500.) Explain what administrative review you sought or explain why you did not seek such review:

    Petitioner raised the claim in this petition in the Superior Court. In error this court denied the claim as if the constitutional claim did not happen. The federal court rules that petitioners Constitutional Confrontational Clause right was violated and that DNA through that error presented to the jury was inaccurate. This court can now determine the conviction was obtained illegally and unconstitutional.

    b. Did you seek the highest level of administrative review available? ☒ Yes ☐ No   Exhibit X p.18 / p.28-32
       Attach documents that show you have exhausted your administrative remedies.

MC-275 [Rev. January 1, 2010]    PETITION FOR WRIT OF HABEAS CORPUS    Page 5 of 6

MC–275

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☒ Yes   If yes, continue with number 13.   ☐ No   If no, skip to number 15.

13. a. (1) Name of court: Federal District Court 9th Cir.

   (2) Nature of proceeding (for example, "habeas corpus petition"): COA request

   (3) Issues raised: (a) 9 issues already raised in lower courts

   (b) _____

   (4) Result (attach order or explain why unavailable): Pending

   (5) Date of decision: pending

   b. (1) Name of court: Federal District Court/Civil

   (2) Nature of proceeding: 1983 damages

   (3) Issues raised: (a) 9 issues raised

   (b) _____

   (4) Result (attach order or explain why unavailable): Pending

   (5) Date of decision: Pending

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result: No dates for a hearing have been set yet. They are pending.

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)
There was no delay. This court erred in not granting the issue. The Federal court now rules the violation occurred.

16. Are you presently represented by counsel? ☐ Yes  ☒ No   If yes, state the attorney's name and address, if known:

17. Do you have any petition, appeal, or other matter pending in any court? ☒ Yes   ☐ No   If yes, explain: COA request in the 9th Cir. / 1983 Damages law suit. Separate from eachother.

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court: This is the lowest court and the Federal court has ruled against this court so I'm presenting the issue.

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: 6-24-15

▶ _____
(SIGNATURE OF PETITIONER)

MC-275 [Rev. January 1, 2010]          PETITION FOR WRIT OF HABEAS CORPUS          Page 6 of 6