UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. LEWIS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>A. SOTO, Warden,<br><br>　　　　　Respondent. | No. 2:15-cv-1372 DAD P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus. Petitioner has paid the filing fee.

　　　　Petitioner commenced this action by filing a petition for writ of habeas corpus challenging his 2007 judgment of conviction entered in the Sacramento County Superior Court. Petitioner submitted his claims on the Sacramento County Superior Court form petition. After reviewing petitioner's claims it is clear that petitioner intended to file his petition with the Sacramento County Superior Court and not this federal district court.

/////

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice
2  to petitioner re-filing his petition with the Sacramento County Superior Court.[1]
3  Dated:  October 5, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
lewi1372.156

---

[1] Petitioner has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636. (Doc. No. 11)

2