UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. LEWIS, JR., | No. 2:15-cv-1372 AC P |
| Petitioner, | |
| v. | ORDER |
| A. SOTO, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se. On November 30, 2015, petitioner filed a document styled "Motion to Unseal Sealed Declaration of Evidence Related to Alleged Victim's Pimp." There are no sealed documents in this court's docket; petitioner appears to seek the release of documents that are maintained under seal in state court.

Petitioner is advised that on October 6, 2015, the court dismissed this action without prejudice and entered judgment in this case. This case is now closed. The court will disregard petitioner's recently-filed motion and will not issue any further orders in response to future filings.

**IT IS SO ORDERED.**

DATED: January 12, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE